UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REBA CALEB ATHENS,<br>Plaintiff,<br>v.<br>DANIEL A LUND, ET AL,<br>Defendants. | Case No. 3:26-cv-06136-DGE<br>ORDER TO SHOW CAUSE |

The District Court has referred plaintiff's motion to proceed *in forma pauperis* (IFP) to United States Magistrate Judge Theresa L. Fricke. Dkt. 1.

The district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in denying an application to proceed IFP. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Plaintiff's application to proceed IFP is insufficient to determine if plaintiff is unable to pay the $405 filing fee. Dkt. 1. Plaintiff did not file out answers to the following inquires in the IFP application with relevant information:(1) the sources of income she has had for the past twelve months, (2) the monthly expenses she incurs, such has housing, transportation, utilities, loan payments, or other regularly monthly expenses and the amount spent each month; and (3) any other information that would help explain why she cannot pay the court fees and costs. Instead, plaintiff discusses the

alleged murder of a second cousin and writes “Deann Lund Sherry Alan McPherson Felony Adopt Sex” as to her monthly expenses and why she cannot pay court dees and costs. Dkt 1 at 2.

Plaintiff’s IFP application is incomplete. Plaintiff’s IFP application does not comply with the statutory criteria of 28 U.S.C. § 1915(a)(b).

The Court therefore ORDERS plaintiff to file a revised IFP application and complete the information that is needed (“show cause”) on or before **October 23, 2026.** Plaintiff is further advised that failure to comply with this order may result in a report and recommendation to the District Judge that denial of IFP and/or dismissal would be appropriate. The Clerk is directed to send a copy of this Order to Plaintiff and a blank IFP application form.

Dated this 24th day of September, 2026.

Theresa L. Fricke
United States Magistrate Judge